Richard D. Marca, State Bar #127365
*Richard.Marca@varnerbrandt.com*
Matthew B. Neufeld, State Bar #322058
*Matthew.Neufeld@varnerbrandt.com*
**VARNER & BRANDT LLP**
3750 University Avenue, Suite 610
Riverside, California 92501
Telephone: (951) 274-7777
Facsimile: (951) 274-7770

Attorneys for Defendant,
STATER BROS. MARKETS, a
California Corporation (erroneously
sued as Stater Bros. Markets)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kandi Cook-Toole,<br><br>          Plaintiff,<br><br>     v.<br><br>Stater Bros. Markets,<br><br>          Defendant. | Case No. 5:23-CV-01457-KK-KS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: July 25, 2023 |

///

///

///

///

1

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff KANDI COOK-TOOLE ("Plaintiff") and Attorneys for Defendant STATER BROS. MARKETS hereby stipulate in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

Dated: April 29, 2024

VARNER & BRANDT LLP

By: */s/ Matthew B. Neufeld*
    Richard D. Marca
    Matthew B. Neufeld
    Attorneys for Defendant,
    STATER BROS. MARKETS

Dated: April 26, 2024

By: *Kandi Cook* (signature)
    Kandi Cook-Toole

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

Re: *Kandi Cook-Toole v. Stater Bros. Markets*
United States District Court Case No. 5:23-cv-01457-KK-KS

I am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 3750 University Avenue, Suite 610, Riverside, CA 92501. On April 29, 2024, I served copies of the within documents described as **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** on the interested parties in this action in a sealed envelope addressed as follows:

**See attached Service List**

☐ **BY MAIL** - I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day in the ordinary course of business, with postage thereon fully prepaid at Riverside. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE** - I caused such envelope to be delivered by hand to the offices of the addressee pursuant to C.C.P. § 1011.

☒ **BY EXPRESS MAIL/OVERNIGHT DELIVERY** - I caused such envelope to be delivered by hand to the office of the addressee via overnight delivery pursuant to C.C.P. § 1013(c), with delivery fees fully prepaid or provided for.

☒ **BY CM/ECF SYSTEM -** I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants listed on the attached Service List.

☒ **FEDERAL** - I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 29, 2024, at Riverside, California.

*/s/ Daisy Diaz*
Daisy Diaz

**SERVICE LIST**

Re:   *Kandi Cook-Toole v. Stater Bros. Markets*
United States District Court Case No. 5:23-cv-01457-KK-KS

Kandi Cook-Toole                                   **In Pro Per**
87626 Amboy Road
Twentynine Palms, CA 92277
Phone: (657) 253-9824
Email: kndkcook@gmail.com