JS-6

1  Richard D. Marca, State Bar #127365
   *Richard.Marca@varnerbrandt.com*
2  Matthew B. Neufeld, State Bar #322058
   *Matthew.Neufeld@varnerbrandt.com*
3  **VARNER & BRANDT LLP**
   3750 University Avenue, Suite 610
4  Riverside, California 92501
   Telephone: (951) 274-7777
5  Facsimile: (951) 274-7770

6  Attorneys for Defendant,
   STATER BROS. MARKETS, a
7  California Corporation (erroneously
   sued as Stater Bros. Markets)
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| Kandi Cook-Toole, | ) Case No. 5:23-CV-01457-KK-KS |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| Stater Bros. Markets, | |
| Defendant. | |
| | ) Complaint Filed: July 25, 2023 |

///
///
///
///

1
**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

# ORDER

Having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, the Court orders that:

1. The Parties' joint stipulation is approved; and
2. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Date: April 30, 2024

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT COURT JUDGE

2
**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**